No. 73–1882. BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* HEIN. Appeal from D. C. S. D. Iowa. Motion of appellee for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for reconsideration in light of the revision of regulations of the Department of Agriculture. (See 7 CFR § 271.3 (c)(1)(iii)(f), 39 Fed. Reg. 26002.)

No. 74–5021. GRIER *v.* UNITED STATES. C. A. 4th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment of the Court of Appeals for the Fourth Circuit and the sentence imposed by the United States District Court for the Western District of North Carolina (but not the judgment of conviction) are vacated and case remanded to the District Court for reconsideration in light of *Dorszynski* v. *United States,* 418 U. S. 424 (1974).

No. A–290 (74–5492). SNIDER *v.* UNITED STATES. Application for stay of execution and enforcement of judgment of the United States Court of Appeals for the Fifth Circuit, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–348 (74–5496). BARTLETT *v.* TOLEDO BAR ASSN. Application for stay of execution and enforcement of judgment of the Supreme Court of Ohio, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.